**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

MEMO ENDORSED

September 20, 2021

**By ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Assanah*, 21 Cr. 351 (CM)

Dear Judge McMahon:

The Government writes respectfully in advance of the upcoming status conference in this case, which is currently scheduled for September 21, 2021. The parties respectfully request that the conference be adjourned for approximately thirty (30) days to October 21, 2021, at 2:00 PM, in order to permit additional time for discussions regarding a potential pretrial resolution. There have been no prior requests for adjournments.

For similar reasons, including to permit the parties more time to discuss a potential pretrial disposition, the Government further requests that time be excluded under the Speedy Trial Act from September 21, 2021, through October 21, 2021. *See* 18 U.S.C. § 3161(h)(7)(A). The Government has conferred with defense counsel, who consents to these requests.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   */s/ Jarrod L. Schaeffer*
Marguerite B. Colson
Jarrod L. Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

*[Handwritten endorsement:]* 9/21/21 — Case Adj to Oct 21, 2021 at 2PM — time excluded through Oct 21, in the interest of justice, to facilitate plea discussions. /s/ Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/21

cc:   Counsel of Record (via ECF)