# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

BY ECF

September 9, 2022

**MEMO ENDORSED**

9/13/22
Sentencing Adj to
Oct 13, 2022
at 12:00 pm

*[signature]*

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Rashawn Assanah
Ind No: 21 Cr. 351 (CM)

Dear Judge McMahon:

    I write to respectfully request that the sentence in the referenced matter, currently set for September 20, be postponed to October 14, 2022, or to a date convenient to the Court and parties thereafter. The reason for this request is that the supplement to the PSR was disclosed yesterday, and it is important to address the factual and legal matters raised therein with my client, and to address them in the defense submission due to the Court two weeks before sentence. My client, I am informed, is in compliance with his pre-trial conditions, which include electronic monitoring, and remains employed. The government, by AUSA Marguerite Colson, has no objection to this application.

    Thank you very much for your attention to this matter.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/22