# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022

MEMO ENDORSED

BY ECF

September 30, 2022

*[handwritten: 10/4/22]*

*[handwritten: Sentencing Adj'd to Oct. 26, 2022 at 12 PM.]*

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Rashawn Assanah
       Ind No: 21 Cr. 351 (CM)

*[signed: Colleen McMahon]*

Dear Judge McMahon:

I write to respectfully request an eight day extension of the sentence date in the referenced matter, currently set for October 13, 2022. This is current counsel's second extension request, the first being prompted by disclosure of the PSR supplement just days before the due date of the defense submission. I have now been working diligently with my client and his family to complete the defense submission, but information central to Mr. Assanah's sentencing case remains unavailable. I request one week because I am confident that time will be sufficient to put in the defense submission on or before October 7, 2022. For these reasons, it is respectfully requested that the date for sentence in this matter be extended to October 21, or to a date thereafter convenient to the Court. The government, by AUSA Marguerite Colson, has no objection to this application.

Thank you very much for your attention to this matter.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc